UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Civil action number: 2:23-cv-2027

London Murray, Plaintiff

RECEIVED

Vs.

Transunion, Defendant

NOV 2 7 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

DEMAND FOR JURY TRIAL

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

Plaintiff hereby brings this complaint against defendant Transunion and alleges as follows:

JURISDICTION AND VENUE

1. This action arises under the Fair Credit Reporting Act 15 USC 1681. The subject matter of this action arises from Defendant negligent and or willful failure to follow reasonable procedures to ensure accuracy of the information in Plaintiff credit reports in violation of Fair Credit Reporting Act 15 USC 1681.
2. The jurisdiction of this court is invoked pursuant to 28 USC 1331 and 1343 as this is a civil action arising under federal law.
3. Venue is proper in this district pursuant to 28 USC 1391 as the defendant Transunion has conducted business in this district.

PARTIES

4. Plaintiff London Murray is a natural consumer residing in the City of Pittsburgh in the State of Pennsylvania.
5. Defendant Transunion is a credit reporting agency as defined in 15 USC 1681a(f) and is engaged in the business of assembling and distributing Credit Reports concerning consumers as defined in 15 USC 1681a(d)(1) of the Fair Credit Reporting Act to third parties registered with the FCRA and operates in the City of Pittsburgh in the State of Pennsylvania area.

FACTUAL ALLEGATIONS

1

6. On 09/06/2023 Plaintiff was going to apply for a personal loan in the amount of $49,000.00 for personal and household reasons First National Bank advised Plaintiff they did credit checks prior to giving out loans.

7. On 9/22/2023 Plaintiff reviewed her credit report from annualcreditreport.com and also submitted a complaint through the CFPB for incorrect information on her credit report.

8. On 10/15/2023 Plaintiff purchased her credit report from my score IQ and notice several inaccurate information on her credit report including accounts, addresses and inquiries.

9. Plaintiff notice inaccurate address of 2376 Buena Vista St Pittsburgh pa 15218. Plaintiff notice inaccurate inquiries One Main 07/06/2023 and Clearview FC 10/25/2021 which is also unauthorized access to Plaintiffs credit report for pursuant 15 USC 1681b(1).

10. Plaintiff notice several inaccurate information on accounts Clearview Federal FC account number 118731, Discover account number 601100, Self Lead account numbers A00000, 1, 109309, Capital One account number 517805, Resurgencve account number 444796, Ed Financial account numbers E00420, E00320, E00220, E00120.

11. On 10/23/2023 Plaintiff mailed out a dispute letter of a written instructions letter with notice of intent to sue to Transunion and their registered agent.

12. Since September to currently Plaintiff reached out via mail requesting that the information be deleted to reflect both Fair and accurate credit reporting amongst all Credit Reporting Agencies across the board.

13. Respectively defendant reported Plaintiff having various inaccurate personal information such as addresses and other reporting issues to include alleged collection accounts that were not properly validated as required by law prior to being furnished to Plaintiff credit reports.


THE FCRA

14. The FCRA was enacted by Congress to promote the accuracy and fairness of credit reporting to which: The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system and unfair credit reporting practices diminishes the public confidence which is vital to the continued functioning of the banking system.

15. An elaborate mechanism has been developed for investigating and evaluating the creditworthiness, credit standing, credit capacity, and general reputation of all consumers.

16. Consumer Reporting Agencies have assumed a vital role in assembling and evaluating consumer credit and other information on consumers.

17. There's a need to ensure that all Consumer Reporting Agencies exercise their grave responsibilities with fairness, impartiality and respect for the consumers right to privacy 15 USC 1681.

18. Plaintiff is aware that all Consumer Reporting Agencies can be held liable for allowing unauthorized access to consumers credit reports. Under the FCRA Credit Reporting Agencies are required to take reasonable procedures to ensure that consumer reports are only procured for authorized purposes.

19. In order to establish liability under the FCRA, the consumer needs to show that the Credit Reporting Agencies acted willfully and negligently in allowing the unauthorized access and that the consumer suffered harm as a result. This harm can be damage to credit reputation, identity

theft, economical loss, loss of credit opportunity or any harmed deemed by the consumer as a result of defendant action or lack thereof.

20. Plaintiff is aware that unauthorized access to Plaintiffs credit report is considered a violation of the Fair Credit Reporting Act which can result in actual, statutory, and punitive damages.

21. Instead of conducting a reasonable investigation according to 15 USC 1681a(e) The term "investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information. The defendant just verified the information with no investigation. While continuing to report the negative and inaccurate information as if doing so willfully.

22. The defendant have a duty under the FCRA 15 USC 1681e(b) to follow reasonable procedures to ensure the accuracy of the information contained in Plaintiff credit report.

23. Plaintiff has been forced to deal with aggravation, humiliation, embarrassment of lower score or reputation denial of credit, economic loss, stress, anxiety and mental anguish as a result of defendant conduct.

## FIRST CLAIM FOR RELIEF

### 15 USC 1681e(b)

24. Plaintiff re-alleges and incorporates by reference paragraphs 1-23 above.

25. Defendant violated 15 USC 1681e(b) because they failed to follow reasonable procedures to assure maximum possible accuracy of the information on plaintiff credit report when preparing a consumer report purportedly concerning plaintiff.

26. Defendant have caused injury in fact to Plaintiff causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

27. At all times alleged herein defendant acted negligently and or willfully.

28. Defendant is liable to Plaintiff for actual damages loss of loan opportunity, punitive damages, and costs pursuant to 15 USC 1681n and actual damages and costs pursuant to 15 USC 1681o

## SECOND CLAIM FOR RELIEF

### 15  USC 1681i(a)(2)

29. Plaintiff re-alleges and incorporates by reference paragraphs 1-28 above.

30. Defendant have failed to comply with the reinvestigation requirements in 15 USC 1681i.

31. Defendant have violated 15 USC 1681i(a)(2) in that they failed to consider and forward all relevant information to Plaintiff from the Credit Reporting Agencies.

32. Defendant have caused injury in fact by causing among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

33. Defendant have done so either negligently and or willfully.

34. Plaintiff in entitled to actual damages, punitive damages and costs pursuant to 15 USC 1681o.
35. Alternatively, Plaintiff is entitled to actual damages and costs if the violation is negligent, pursuant to 15 USC 1681n.

## THIRD CLAIM FOR RELIEF

### 15  USC 1681i(5)(a)(i)

36. Plaintiff re-alleges and incorporates by reference paragraphs 1-35 above.
37. Defendant have violated 15 USC 1681i(5)(a)(i) in that they failed to delete information that was inaccurate or could not be verified.
38. Defendant have caused injury in fact by causing among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.
39. At all times alleged herein defendant acted negligently and or willfully.
40. Defendant is liable to Plaintiff for actual damages, punitive damages and costs pursuant to 15 USC 1681n and actual damages and costs pursuant to 15 USC 1681o.

## FOURTH CLAIM FOR RELIEF

### 15  USC 1681i(a)(6)(B)(iii)

41. Plaintiff re-alleges and incorporates by reference paragraphs 1-40  above.
42. Defendant violated 15 USC 1681i(a)(6)(B)(iii) in that they failed to have a procedure to prevent giving false information upon reinvestigation.
43. Defendant have caused injury in fact by causing among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.
44. At all times alleged herein defendant acted negligently and or willfully.
45. Defendant is liable to Plaintiff for actual damages, punitive damages and costs pursuant to 15 USC 1681n and actual damages and costs pursuant to 15 USC 1681o.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectively requests a jury trial and entry of judgment in favor of Plaintiff and against defendant for:

4

    A.  Actual damages and statutory damages 15 USC 1681n(a)(1)(A).

    B.  Actual damages pursuant to 15 USC 1681o(a)(1)

    C.  Costs pursuant to 15 USC 1681n(a)(3).

London Murray pro se

1311 Labelle Ave Pittsburgh pa 15221

Londonm312@gmail.com

4122143596

Date _11-27-23_

Signature _London Mm_