IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONDON MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-2027 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| TRANSUNION, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


January 16, 2025                                              s/Cathy Bissoon
                                                                               Cathy Bissoon
                                                                               United States District Judge

cc (via First-Class U.S. Mail):

LONDON MURRAY
1311 Labelle Ave.
Pittsburgh, PA 15221